**No. 69349.**—The Rike Kumler Company *v.* United States, protests 61/4561 and 61/4566 (Cleveland).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights or snow scenes similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

**No. 69350.**—Novelty Import Co., Inc. *v.* United States, protests 64/25066 and 65/1160 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

**No. 69351.**—Zenith Industries, Inc. *v.* United States, protest 64/22620 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl ornaments similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.